Cobra Indus. Maintenance, LLC v Colony Ins. Co. (2023 NY Slip Op 04864)

Cobra Indus. Maintenance, LLC v Colony Ins. Co.

2023 NY Slip Op 04864

Decided on September 29, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 29, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., BANNISTER, OGDEN, GREENWOOD, AND NOWAK, JJ.

648 CA 22-01725

[*1]COBRA INDUSTRIAL MAINTENANCE, LLC, PLAINTIFF-RESPONDENT,
v
COLONY INSURANCE COMPANY, DEFENDANT-APPELLANT. 

LONDON FISCHER LLP, NEW YORK CITY (JAMES WALSH OF COUNSEL), FOR DEFENDANT-APPELLANT.
KENNEY SHELTON LIPTAK NOWAK LLP, BUFFALO (AMANDA L. MACHACEK OF COUNSEL), FOR PLAINTIFF-RESPONDENT. 

 Appeal from an order of the Supreme Court, Niagara County (Frank A. Sedita, III, J.), entered September 19, 2022. The order denied defendant's motion seeking leave to file a second motion for summary judgment. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated at Supreme Court.
Entered: September 29, 2023
Ann Dillon Flynn
Clerk of the Court